■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN L. SKIPWITH, Appellant. [29 NYS3d 822]—Appeal by the defendant, as limited by his motion, from a sentence of the

County Court, Dutchess County (Hubert, J.), imposed September 17, 2014, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Dillon, Sgroi, Hinds-Radix and Barros, JJ., concur.